## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| DEBRA RITTGERS<br><br>    *Plaintiff*<br><br>v.<br><br>MELVIN HALE<br><br>    *Defendant*. | Case No. 17-4019-DDC-KGG |

### PROOF OF SERVICE BY CERTIFIED MAIL

 The following document was served on Plaintiff's Attorney of Record of Record, Larry Michel, and the Clerk of the Court for the Lyon District Attorney by Certified Mail:

 **Notice of Removal to Federal Court.**

 Photo copies of the return receipts are attached.

Dated: March 16, 2017          Respectfully submitted,

                *[signature: Melvin Hale]*
                /s/ Melvin Hale, Defendant *Pro se*
                P.O. Box 34179
                Los Angeles, CA 90034
                reefresh@yahoo.com
                916-690-7927







